```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

      v.

JOHN DOE *subscriber assigned IP address* 173.52.54.180,

                Defendant.

No. 20-CV-7918 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 24, 2020, Plaintiff Strike 3 Holdings filed this copyright infringement action against Defendant John Doe, who was identified only through his or her IP address. On October 2, 2020, the Court granted Plaintiff's *ex parte* motion for leave to serve a third-party subpoena on Verizon Fios, Defendant's internet service provider, to identify Defendant's name and address. Dkt. 8. The Court granted Plaintiff leave to immediately serve a Rule 45 subpoena on Verizon Fios. The order provided Verizon Fios with 60 days from service to serve John Doe with a copy of the subpoena, and a copy of the Court's order.

As Plaintiff has not filed proof of service on the docket, it is not clear whether Verizon Fios was ever served with a subpoena. By no later than December 17, 2020, Plaintiff shall file proof of such service on the docket or otherwise update the Court on the status of this case.

SO ORDERED.

Dated:    December 3, 2020
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge